STATE of Missouri, Respondent,

v.

Donald K. WILKINSON, Appellant.

No. WD 63107.

Missouri Court of Appeals,
Western District.

Sept. 21, 2004.

Craig A. Johnston, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Jefferson City, MO, for respondent.

Before NEWTON, P.J.,
LOWENSTEIN and HOLLIGER, JJ.

## ORDER

PER CURIAM.

Donald Wilkinson appeals from his conviction for trafficking drugs, Section 195.223.3. This court has reviewed the briefs of the parties and the record on appeal. Finding no reversible error, we affirm the conviction. Because a published opinion reciting the facts and restating the applicable principles of law would have no precedential value, this court affirms by summary order under Rule 30.25(b).

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Shane W. OLDAKER, Appellant.

No. WD 63426.

Missouri Court of Appeals,
Western District.

Sept. 21, 2004.

Irene C. Karns, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

## *ORDER*

PER CURIAM.

Shane W. Oldaker was convicted, following a jury trial, of the class C felony of assault in the second degree, under section 565.060, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).